UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANNON BENTLEY

    Petitioner,

v.                                            Case No. 5:22cv190/TKW/MAL

KEVIN D. PISTRO, WARDEN
F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 11).[1] No objections were filed.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that Petitioner did not exhaust her administrative remedies with respect to Ground One of her habeas petition and that Ground Two of the petition is moot. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The copy of the R&R mailed to Petitioner's address of record was returned by the Post Office as undeliverable. *See* Doc. 12. The Clerk re-mailed the R&R to an address located for Petitioner on the BOP website on October 5, 2023, *see* Doc. 12-1, and Petitioner presumably received that copy because it was not returned by the Post Office.

2. The petition for writ of habeas corpus under 28 U.S.C. §2241 is DISMISSED.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 27th day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**